EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> George Otero Calero | 2019 TSPR 58 <br><br> 202 DPR ____ |

Número del Caso:  TS-6,971


Fecha: 29 de marzo de 2019


Abogado de la parte peticionaria:

        Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía y la notaría.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

George Otero Calero                    TS-6971

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de marzo de 2019.

Examinada la *Solicitud de reinstalación* presentada el 1 de marzo de 2019 por el Sr. George Otero Calero, se autoriza su reinstalación al ejercicio de la abogacía y de la notaría.

Se le advierte al Lcdo. George Otero Calero que en lo sucesivo deberá dar fiel cumplimiento a los deberes impuestos por el Código de Ética Profesional, 4 LPRA Ap. IX, y atender diligentemente los señalamientos y requisitos de la Oficina de Inspección de Notaría y del Programa de Educación Jurídica Continua.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo